IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN SCOTT JOHNSON, | § | |
| | § | No. 98, 2024 |
| Claimant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S23A-08-001 |
| CANALFRONT BUILDERS, LLC, | § | |
| | § | |
| Employer Below, | § | |
| Appellee. | § | |

Submitted:  August 14, 2024
Decided:  August 21, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the parties' briefs and the record on appeal, we find it evident that the Industrial Accident Board's decision dated July 28, 2023, should be affirmed on the basis of and for the reasons stated in the Superior Court's memorandum opinion and order dated February 29, 2024.

NOW, THEREFORE, IT IS ORDERED that the above-described decisions of the Industrial Accident Board and the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice